# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYL ANDERSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 09-194 |
| | : | |
| RADIO ONE, INC., | : | |
| Defendant. | : | |
| | : | |

# ORDER

**AND NOW**, this 20th day of September, 2010, upon consideration of Defendant Radio One, Inc.'s Motion for Summary Judgment (Doc. No. 23), the response filed in opposition, and after oral argument, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

    **BY THE COURT:**

    **/s/ Mitchell S. Goldberg**

    **Mitchell S. Goldberg, J.**